IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

BRIAN WAYNE SANDERSON,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　2:22-CV-010-Z-BR

DIRECTOR,
Texas Department of Criminal Justice,
Correctional Institutions Division,

    Respondent.

## JUDGMENT

The undersigned United States District Judge has entered an order **ADOPTING** the findings, conclusions, and recommendation of the United States Magistrate Judge in this case and **DISMISSING** the petition for writ of habeas corpus.

Judgment is entered accordingly.

September 11, 2023

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE